| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Williamson, Michael G. | 2. Court or Organization<br><br>Bankruptcy Court-M.D. Florida | 3. Date of Report<br><br>09/26/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual      ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Sam M. Gibbons U.S. Courthouse<br>801 N. Florida Ave., Ste. 840<br>Tampa, FL 33602 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 09/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | National Conference of Bankruptcy Judges- Business Manager, American Bankruptcy Law Journal | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | State of Florida - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 01/19/2011-01/20/2011 | Tampa, Florida | Business Law Section Meeting | Transportation, meals |
| 2. | American Bankruptcy Institute | 03/10/2011-03/12/2011 | Tampa, Florida | Seminar Panelist | Transportation, meals |
| 3. | National Conference of Bankruptcy Judges | 04/03/2011-04/06/2011 | Palm Desert, California | Mid-Year Meeting | Transportation, lodging, meals |
| 4. | The Florida Bar | 05/10/2011-05/15/2011 | Amsterdam, Netherlands | Business Law Section Executive Council Annual Retreat | Transportation, lodging, meals |
| 5. | The Florida Bar | 06/22/2011-06/24/2011 | Orlando, Florida | Annual Meeting | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Williamson, Michael G. | 09/26/2012 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | Cincinnati Bar Association | 08/10/2011-08/12/2011 | Cincinnati, Ohio | Seminar Panelist | Transportation, lodging, meals |
| 7. | The Florida Bar | 09/02/2011-09/05/2011 | Naples, Florida | Business Law Section Retreat | Registration, transportation, lodging, meals |
| 8. | Central Florida Bankruptcy Law Association | 10/05/2011-10/06/2011 | Orlando, Florida | Seminar Panelist | Transportation, lodging, meals |
| 9. | National Conference of Bankruptcy Judges | 10/12/2011-10/15/2011 | Tampa, Florida | Annual Conference | Transportation, lodging, meals |
| 10. | Jacksonville Bankruptcy Bar Association | 10/27/2011-10/29/2011 | Ponte Vedra Beach, Florida | Seminar Panelist | Transportation, lodging, meals |
| 11. | The Florida Bar | 11/03/2011-11/04/2011 | Miami, Florida | Seminar Panelist | Transportation, lodging, meals |
| 12. | The Florida Bar | 11/30/2011-12/02/2011 | Fort Lauderdale, Florida | Business Law Section Meeting | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 09/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 09/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab-Homestead R.E. Tax Account | | None | J | T | | | | | |
| 2. - Money Market Account | | None | J | T | | | | | |
| 3. Schwab-Joint Tenants Account | A | Int./Div. | J | T | | | | | |
| 4. - Money Market Account | A | Interest | J | T | | | | | |
| 5. - Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 6. AllianzValueMark Annuity | | None | L | T | | | | | |
| 7. Phoenix Universal Life Ins. | A | Dividend | K | T | | | | | |
| 8. MFS IRA | | None | K | T | | | | | |
| 9. - MFS Growth Fund-A | | | | | | | | | |
| 10. Venture Annuity | | None | J | T | | | | | |
| 11. Schwab IRA | E | Int./Div. | P1 | T | Redeemed (part) | 04/15/11 | K | | |
| 12. | | | | | Redeemed (part) | 10/26/11 | K | | |
| 13. - DFA Emerging Markets Core Equity Portfolio | | | | | Buy (add'l) | 12/29/11 | J | | |
| 14. - DFA Emerging Markets Value Portfolio | | | | | Buy (add'l) | 03/22/11 | J | | |
| 15. | | | | | Buy (add'l) | 09/19/11 | J | | |
| 16. - DFA Two Year Global Fixed Income Portfolio | | | | | | | | | |
| 17. - DFA US Large Co. Portfolio | | | | | Sold (part) | 04/14/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 09/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/25/11 | J | | |
| 19.  - DFA US Large Cap Value Portfolio | | | | | Sold (part) | 03/22/11 | J | | |
| 20.  - DFA US Micro Cap Portfolio | | | | | Sold (part) | 03/22/11 | J | | |
| 21. | | | | | Buy (add'l) | 09/19/11 | J | | |
| 22.  - DFA US Small Cap Value Portfolio | | | | | Buy (add'l) | 09/19/11 | J | | |
| 23.  - Pimco Commodity Real Return Strategy FD Instl | | | | | Buy (add'l) | 03/17/11 | J | | |
| 24. | | | | | Sold (part) | 04/14/11 | J | | |
| 25. | | | | | Buy (add'l) | 06/16/11 | J | | |
| 26. | | | | | Buy (add'l) | 09/15/11 | J | | |
| 27. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 28. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 29. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 30.  - Pimco High Yield Fund Institutional Class | | | | | | | | | |
| 31.  - Vanguard Total BD Mkt Index Signal | | | | | Sold (part) | 09/19/11 | J | | |
| 32. | | | | | Sold (part) | 10/25/11 | J | | |
| 33.  - Vanguard Inflation Protected Securities Fund | | | | | Buy (add'l) | 03/22/11 | J | | |
| 34. | | | | | Sold (part) | 09/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 09/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - DFA Intl Vector Eqty Port | | | | | Buy (add'l) | 12/29/11 | J | | |
| 36. - DFA International Core Equity Portfolio | | | | | Buy (add'l) | 09/19/11 | J | | |
| 37. - DFA Global Real Estate Securities Portfolio | | | | | | | | | |
| 38. - AQR Diversified Arbitrage | | | | | | | | | |
| 39. - DFA Short Term Extended Quality Port Instl | | | | | Sold (part) | 10/25/11 | J | | |
| 40. SunTrust bank accounts | None | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 09/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I & VII: Trust #2 has been excluded from this Report and will be excluded from future Reports. I have resigned as Trustee of Trust #2 as there are no longer any assets in the Trust. (Trust #2 was reported at Part I, Line 1, and Part VII, Lines 47 and 48, of my 2010 Amended Report.)

Part V: No reportable gifts were received in 2011.

Part VII: American Pathway Annuity is not listed because it was redeemed 10/04/10 (see Part VII, Line 6, of my 2010 Amended Report).

Part VII: DFA Five Year Global Fixed Income Portfolio is not listed because it was sold 11/16/10 (see Part VII, Line 15, of my 2010 Amended Report).

NOTE: This 2011 Amended Report is being filed in response to a Letter of Inquiry dated August 29, 2012. This Amended Report contains the following corrections:

1. Deletion of asset DFA Five Year Global Fixed Income Porfolio and the parenthetical (Y) from Part VII, page 5, line 15, Column A. See remark above re sale of that asset in 2010.

2. Insertion of additional information at Part VII, page 5, line 9, re MFS IRA, to disclose the fund that is part of the IRA account.

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 09/26/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Michael G. Williamson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544